IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

GORDON D. COHNS,                    )
                                    )
        Petitioner,                 )
                                    )
v.                                  )        CASE NO. CV421-310
                                    )
JOHN WILCHER,                       )
                                    )
        Respondent.                 )
_____    )

## O R D E R

Before the Court is Petitioner Gordon D. Cohns's Notice of Voluntary Dismissal. (Doc. 7.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a petitioner may dismiss an action by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment[.]" Because Respondent has filed neither an answer nor a motion for summary judgment in this case, Petitioner's request (Doc. 7) is **GRANTED**, and this action is **DISMISSED WITHOUT PREJUDICE**.[1] The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 24th day of February 2022.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

_____

[1] As a result, Petitioner's motions (Docs. 3, 4) are **DISMISSED AS MOOT**.